**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**BRANDON HOOKER,**
**Plaintiff,**

**Case No. 1:26-cv-01404**

**v.**

**Hon. Hala Y. Jarbou**
**Magistrate Judge Ray Kent**

**COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC d/b/a COMCAST,**
**Defendant.**

_______________________________________________/

Kati L Komorosky (P86376)
KOMOROSKY LAW, PLLC
250 Monroe Ave., N.W., Ste. 400
Grand Rapids, MI 49503
(231) 330-5081
kati@komoroskylaw.com
Attorney for Plaintiff

Eric J. Pelton (P40635)
KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
Attorneys for Defendant

_______________________________________________/

**STIPULATED MOTION FOR REMOTE HEARING**

NOW COMES Plaintiff, by and through his counsel, Kati L. Komorosky of Komorosky Law PLLC, and Defendant, by and through their counsel, who respectfully moves this Honorable Court for an Order permitting a Remote Hearing for Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff currently scheduled to be heard before this Honorable Court on October 15, 2026, at 3:30 in the afternoon. In support of this Motion, the parties jointly state as follows:

1. A hearing in this matter is currently scheduled for **October 15, 2026, at 3:30 p.m.** in person. See ECF No. 10.

2. This hearing is regarding Plaintiff's Counsel's Motion to Withdraw as counsel for Plaintiff. See ECF No. 9.
3. Plaintiff's Counsel, Kati L. Komorosky, requests to appear remotely due to personal health concerns.
4. Upon information and belief, due to health concerns of Plaintiff's Counsel, Kati L. Komorosky, the parties, by and through their counsel agree that it is a reasonable accommodation to move this hearing to be held remotely.
5. This request constitutes a reasonable accommodation that eliminates physical barriers without altering the fundamental nature or efficiency of the judicial proceeding.
6. Allowing all parties and counsel to appear remotely will further make the judicial proceedings fair and efficient.

**CONCLUSION AND RELIEF REQUESTED**

WHEREFORE, the parties, by and through their counsel, respectfully request that this Honorable Court grant the following relief:

1. Re-Notice the hearing scheduled to be held on October 15, 2026, at 3:30 p.m. in person to be held on Zoom or other similar remote courtroom technology.

Respectfully Submitted,

/s/ Kati L. Komorosky
Kati L Komorosky (P86376)
KOMOROSKY LAW, PLLC
250 Monroe Ave., N.W., Ste. 400
Grand Rapids, MI 49503
(231) 330-5081
kati@komoroskylaw.com
Attorney for Plaintiff

/s/ Eric J. Pelton (signed by written email permission)
Eric J. Pelton (P40635)
KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
Attorneys for Defendant

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2**

I hereby certify that this Stipulated Motion for Remote Hearing contains 499 countable words inclusive of the Certificates of Compliance, and excluding the Case Caption. See W.D.Mich. LR 7.2(b)(i). Google Workspace was used to calculate the word count.

Dated: September 30, 2026

Prepared By:

*/s/ Kati L Komorosky*
Kati L. Komorosky, LLM
MI Bar #P86376
KOMOROSKY LAW, P.L.L.C.
250 Monroe NW, Ste 400
Grand Rapids, MI 49503
Phone: (231) 330-5081
Email: kati@komoroskylaw.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Plaintiff's attorney states that concurrence was sought of opposing counsel regarding this Motion under Local Civil Rule 7.1(d). Plaintiff's counsel believes that there is no opposition by the Defendant's counsel to this motion as evidenced by this being a stipulated motion.

Dated: September 30, 2026

Prepared By:

*/s/ Kati L Komorosky*
Kati L. Komorosky, LLM
MI Bar #P86376
KOMOROSKY LAW, P.L.L.C.
250 Monroe NW, Ste 400
Grand Rapids, MI 49503
Phone: (231) 330-5081
Email: kati@komoroskylaw.com